| AO-10<br>Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DOMINGUEZ, DANIEL R. | UNITED STATES DISTRICT COURT | JUNE 27, 1994 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type)<br>X Nomination, Date 6-21-94<br>X Initial __ Annual __ Final | 6. Reporting Period<br>Jan. 1, 1994<br>May 27, 1994 |
|---|---|---|
| FEDERAL DISTRICT COURT JUDGE | | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| Office: Ponce de León 416<br>Suite 1200, Hato Rey, PR 00919 | Reviewing Officer Signature _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions) | |
| PARTNER | DOMINGUEZ & TOTTI (LEGAL PARTNERSHIP) |
| SECRETARY | STANFORD KLAPPER & ASSOCIATES, INC. |
| SECRETARY | PUERTO RICAN CEMENT COMPANY, INC. |
| SECRETARY | THE PONCE MUSEUM OF ART |
| SECRETARY | MEDIAFAX, INC. |

## I. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1993 | Compensation for Professional Services as Partner of Domínguez & Totti | $234,383.15 |
| 1993 | Compensation for Services (Spouse) as Director of the Judicial Conference Office of the Secretariat, Supreme Court of Puerto Rico | $ 45,357.00 |
| 1994 | Compensation for Professional Services as Partner of Domínguez & Totti (Five Months) | $105,703.02 |
| 1994 | Compensation for Services (Spouse) as Director of the Judicial Conference Office of the Secretariat, Supreme Court of Puerto Rico (Five Months) | $ 18,898.75 |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | DOMINGUEZ, DANIEL R. | JUNE 27, 1994 |

**/. REIMBURSEMENTS and GIFTS** – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.15-17 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| Exempt | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Popular Leasing (J) | Automobile (Spouse) | K |
| | | |
| | | |
| | | |
| | | |
| | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | DOMINGUEZ, DANIEL R. | JUNE 27, 1994 |

## I. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. (Description of Assets) (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical (S) spouse, (J) joint ownership, or (DC) dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent, int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | | |
| LAW FIRM PENSION PLAN | | | O | T | | | | | | |
| CHASE MANHATTAN BANK S/A # 707-008140-6 | | | J | T | | | | | | |
| FIRST FEDERAL SAVINGS S/A # 15-04-0020003975 | | | J | T | | | | | | |
| CHECKING ACCOUNT (CHASE) # 707-08-015307 | | | J | T | | | | | | |
| CHECKING ACCOUNT (BVB) # 012-1090004733 | | | J | T | | | | | | |
| PARTNERSHIP VALUE IN THE FIRM OF DOMINGUEZ & TOTTI | M | | O | U | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
(See cols. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000
(See cols. C1 & D3)  O=$500,001 to $1,000,000  P=More than $1,000,000
Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See col. C2)  U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>DOMINGUEZ, DANIEL R. | Date of Report<br>JUNE 27, 1994 |
|---|---|---|

## II. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## (. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children ad a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was ithheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been ported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference gulations.

ignature _Daniel R. Dominguez_                    Date _6/27/94_

IOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT 4AY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:        Judicial Ethics Committee<br>Administrative Office of the<br>United States Courts<br>Washington, DC 20544

Digitized by Google